Cornelius J. McCarthy and Dennis F. Cullinan, Respondents, v. Henry Mittermeyer and Fred Mittermeyer, Appellants.— Judgment affirmed, with costs. All concurred.

Buffalo Hardwood Lumber Company, Respondent, v. Louis J. Lang and Others, Appellants.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

James Wilson, Respondent, v. The Erie Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground of negligence, contributory negligence and excessive verdict.

John Otto, Jr., and Others, Appellants, v. Spencer Kellogg and George L. Lewis, Respondents.— Judgment and order affirmed, with costs. All concurred.

Security Life Insurance Company of America, Appellant, v. Sisters of Mercy of the Buffalo Diocese, Respondent.—Judgment and orders affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented.

Mary Ortner, Respondent, v. The Town of Darien, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, first, that the testimony of defendant's witnesses, Drs. Johnson and Morse, in reference to their examination of plaintiff's physical condition with and in the presence of plaintiff's physician, Dr. Hummel, was competent and its exclusion presents reversible error. (See Capron v. Douglass, 193 N. Y. 11.) Second, that the holding of the trial court as matter of law that plaintiff, within the period required by statute,* presented to the supervisor of defendant a verified statement of her claim against the town, was erroneous. All concurred, McLennan, P. J., upon the further ground that the defendant was not shown guilty of actionable negligence.

Chester P. Bauer, Plaintiff, v. Manitou Beach Rod and Gun Club and Others, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon nonsuit, with costs. All concurred.

Gilbert Ross, an Infant, by George L. Peabody, His Guardian ad Litem, Respondent, v. Mary E. Ross, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Eva A. Taylor, as Administratrix, etc., of Robert J. Taylor, Deceased, Respondent, v. John W. Landel, Appellant, Impleaded with Carlyle O. Landel.— Judgment and orders affirmed, with costs. All concurred.

---

* See Highway Law (Consol. Laws, chap. 25; Laws of 1909, chap. 30), § 74.—[REP.